IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hill Sr, Charles E | Case Number: 06 B 04718 |
|---|---|---|
|  | Hill, Estella | Judge: Squires, John H |
|  | Printed: 11/6/07 | Filed: 4/27/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 26, 2007
Confirmed: June 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,330.00 |  |
| Secured: |  | 4,021.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 308.90 |
| Other Funds: |  | 0.00 |
| Totals: | 6,330.00 | 6,330.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 2,000.00 | 2,000.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 7,273.00 | 4,021.10 |
| 5. | Capital One | Unsecured | 660.17 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 4,869.49 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 186.36 | 0.00 |
| 8. | Midwest Verizon Wireless | Unsecured | 187.86 | 0.00 |
| 9. | Vativ Recovery Solutions LLC | Unsecured | 2,718.73 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 373.85 | 0.00 |
| 11. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 12. | Specialized Management Consultants | Unsecured |  | No Claim Filed |
| 13. | Professional Account Management | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 18,269.46 | $ 6,021.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 126.60 |
| 4.8% | 182.30 |
|  | _____ |
|  | $ 308.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hill Sr, Charles E | Case Number:  06 B 04718 |
| Hill, Estella | Judge:  Squires, John H |
| Printed:  11/6/07 | Filed:  4/27/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_